UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-23232-CIV-MARTINEZ-OTAZO-REYES

WENGUI GUO,
    Plaintiff,

vs.

THE MCCLATCHY COMPANY, et al.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Amended Joint Notice of Voluntary Dismissal without Prejudice [ECF No. 19]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. All parties shall bear their own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of January, 2020.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record